UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-191 RSL |
| Plaintiff, | ) ) ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| vs. | ) ) | |
| MARISSA A. GOODMAN, | ) ) | |
| Defendant. | ) ) ) | |

This matter comes before the Court on the parties' "Stipulated Motion to Continue Trial Date." (Dkt. #49). The Court, having considered the stipulated motion, the affidavit of defense counsel, and the records and files herein, hereby makes the following findings:

1. The reason for the requested continuance is that Ms. Goodman was arraigned September 7, 2006 on a new charge of illegal transfer of a firearm (RC06-293TSZ). Trial in this matter has been scheduled for October 30, 2006.

2. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

3. The Court further finds that the ends of justice will be served by ordering a continuance in this case and that the continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE

1

1  meaning of 18 U.S.C. § 3161(h)(8)(A).

2      4.    Defendant shall file a speedy trial waiver with the Court within 10 days of the date
3  of this Order.

4      IT IS THEREFORE ORDERED that the trial date be continued from September 12, 2006,
5  to November 13, 2006.

7      IT IS FURTHER ORDERED that the period of time from the current trial date of
8  September 12, 2006, up to and including the new proposed trial date of November 13, 2006,
9  shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

10     DATED this 11th day of September, 2006.

                                                    /s/ Robert S. Lasnik
                                                  Robert S. Lasnik
                                                  United States District Judge